

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Christopher W. Humble,    * Original Mandamus Proceeding

No. 11-20-00064-CR    * March 5, 2020

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Christopher W. Humble's petition for writ of mandamus and concludes that the writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.